

January 7, 2020

Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

VIA ECF and Fax 212-805-6737

Re: USA vs. Mendy Greenblatt. TRAVEL REQUEST
1:17-cr-00122-GBD

**SO ORDERED:**

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JAN 0 8 2020

Dear Judge Daniels:

This letter submission is to request that the above named defendant be permitted to travel by car from his home in New York to Ithaca, New York. He plans on leaving January 22, 2020, and returning January 28, 2020. The purpose of the trip is a family vacation. I have emailed with AUSA Dina Mcleod who has no opposition to this motion. Probation Officer Keyana Pompey has also been informed of this request.

If granted, kindly so order this letter to allow travel by car from Brooklyn NY to Ithaca NY January 22-28, 2020. Thank you for your consideration,


Respectfully Submitted

/s/
Saul Bienenfeld

---

**BIENENFELD LAW**
Admitted New York and Florida

**New York City:**
450 Seventh Avenue
Suite 1408
New York, NY 10123

**Long Island:**
680 Central Avenue
Suite 108
Cedarhurst, NY 11516

saul@bienefeldlaw.com
212-363-7701
www.bienenfeldlaw.com