
# BIENENFELD LAW

February 21, 2020

Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

VIA ECF

FEB 2 6 2020

Re: USA vs. Mendy Greenblatt
1:17-cr-00122-GBD

**SO ORDERED**

The sentencing scheduled for April 14, 2020 is adjourned to April 28, 2020 at 10:00 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

Dear Judge Daniels:

This letter submission is to request that the above named defendant be permitted to travel by car from New York to Florida for the Passover holidays. He plans on leaving April 5, 2020 and returning April 20th. He will be staying in a hotel in Orlando. I have emailed with AUSA McLeod and Probation Officer Keyana Pompey who have no objection to this request.

Please also note that a request to adjourn the sentencing date that is now scheduled for April 14, 202 is also being made at this time as both my client and myself will be observing the holiday of Passover and unable to attend court on that date.

If granted, kindly so order this letter to allow travel by car between NY and Florida April 5, 2020 - April 20 2020. Thank you for your consideration,

Respectfully Submitted;

Saul Bienenfeld
Saul Bienenfeld

**BIENENFELD LAW**

Admitted New York and Florida

**New York City:**
450 Seventh Avenue
Suite 1408
New York, NY 10123

**Long Island:**
680 Central Avenue
Suite 108
Cedarhurst, NY 11516

saul@bienenfeldlaw.com
212-363-7701
www.bienenfeldlaw.com