UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

MENDY GREENBLATT,

                                Defendant.

------------------------------------x

ORDER

17 Cr. 122-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 28, 2020 sentencing is adjourned to August 4, 2020 at 10:00 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge