

June 25, 2020

Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

VIA ECF and Fax 212-805-6737

  Re: USA vs. Mendy Greenblatt. TRAVEL REQUEST
    1:17-cr-00122-GBD

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 2 9 2020
```

SO ORDERED:

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: JUN 2 9 2020

Dear Judge Daniels:

  This letter submission is to request that the above-named defendant be permitted to travel by car from his home in New York to Southbury Connecticut for a family vacation over July 4th weekend. He plans on leaving July 2, 2020 and returning July 5, 2020. The purpose of the trip is a family vacation. I have emailed with Probation Officer Keyana Pompey and AUSA Dina McLeod who have no opposition to this motion

  If granted, kindly so order this letter to allow travel by car from Brooklyn NY to Connecticut July 3-5, 2020. Thank you for your consideration,

Respectfully Submitted

/s/
Saul Bienenfeld

BIENENFELD LAW
Admitted New York and Florida

New York City:
450 Seventh Avenue
Suite 1408
New York, NY 10123

Long Island:
680 Central Avenue
Suite 108
Cedarhurst, NY 11516

saul@bienenfeldlaw.com
212-363-7701
www.bienenfeldlaw.com