

July 29, 2020

Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

VIA ECF and Fax 212-805-6737

SO ORDERED:

*/s/ George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: JUL 2 9 2020

Re: USA vs. Mendy Greenblatt. TRAVEL REQUEST
1:17-cr-00122-GBD

Dear Judge Daniels:

This letter submission is to request that the above-named defendant be permitted to travel by car from his home in New York to Connecticut from August 10-16. The hotels address is 522 Heritage Rd, Southbury CT. for a family vacation. Both the Government and Pre Trial Services have agreed to this request.

My client could not find lodging at Lake George but does have a confirmed reservation in Southbury. I apologize for bothering the Court with this request in duplicate.

If granted, kindly so order this letter to allow travel by car from Brooklyn NY to Southbury Ct. August 10-16, 2020. Thank you for your consideration,

Respectfully Submitted

/s/
Saul Bienenfeld

BIENENFELD LAW
Admitted New York and Florida

New York City:
450 Seventh Avenue
Suite 1408
New York, NY 10123

Long Island:
680 Central Avenue
Suite 108
Cedarhurst, NY 11516

saul@bienenfeldlaw.com
212-363-7701
www.bienenfeldlaw.com