U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 0 3 2020

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 31, 2020

**BY ECF**

The Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

AUG 0 3 2020

SO ORDERED

The August 4, 2020 conference is adjourned to September 15, 2020 at 9:45 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

Re:   **United States v. Mendy Greenblatt, 17 Cr. 122 (GBD)**

Dear Judge Daniels:

The Government, with the consent of the defendant, respectfully writes to request a four-month adjournment of the sentencing date scheduled in the above-referenced case, which is currently scheduled for August 4, 2020 at 10:00 a.m.

The defendant pleaded guilty on February 22, 2017, pursuant to a cooperation agreement with the Government. The defendant testified in a criminal trial—*United States v. Michael Mendlowitz*, 17 Cr. 248 (VSB)—that concluded on May 23, 2019. A *Fatico* hearing in that matter is scheduled for August 20, 2020[1] before Judge Broderick. A number of factual issues related to that sentencing remain in dispute. Accordingly, the defendant's cooperation is not fully complete. The Government respectfully requests that the defendant's sentencing date be adjourned for a period of four months. The defendant consents to the Government's request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

By: *Dina McLeod*
Dina McLeod/David Abramowicz/Jilan Kamal
Assistant United States Attorneys
(212) 637-1040 / -6525 / -2192

cc:   Saul Bienenfeld, Esq. (by ECF)

---

[1] A request for an adjournment of that August 20 date is pending Judge Broderick's decision.