

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 12, 2021

**BY ECF**

SO ORDERED

The sentencing is adjourned from January 19, 2021 to May 25, 2021 at 10:00 a.m.

*[signature]* George B. Daniels

JAN 1 4 2021

The Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Mendy Greenblatt, 17 Cr. 122 (GBD)**

Dear Judge Daniels:

The Government, with the consent of the defendant, respectfully writes to request a four-month adjournment of the sentencing date scheduled in the above-referenced case, which is currently scheduled for January 19, 2021 at 10:00 a.m.

The defendant pleaded guilty on February 22, 2017, pursuant to a cooperation agreement with the Government. The defendant subsequently testified in a criminal trial—*United States v. Michael Mendlowitz*, 17 Cr. 248 (VSB)—that concluded on May 23, 2019. A *Fatico* hearing in that matter is scheduled for March 12, 2021 before Judge Broderick. A number of factual issues related to that sentencing remain in dispute. Accordingly, the defendant's cooperation is not fully complete. The Government respectfully requests that the defendant's sentencing date be adjourned for a period of four months. The defendant consents to the Government's request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney
Southern District of New York

By: *[signature]*
Dina McLeod/David Abramowicz/Jilan Kamal
Assistant United States Attorneys
(212) 637-1040 / -6525 / -2192

cc: Saul Bienenfeld, Esq. (by ECF)