

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 17, 2021

**BY ECF**

SO ORDERED

The sentencing is adjourned from May 25, 2021 to June 29, 2021 at 10:00 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

The Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Mendy Greenblatt, 17 Cr. 122 (GBD)**

Dear Judge Daniels:

The Government, with the consent of the defendant, respectfully writes to request an adjournment of the sentencing date scheduled in the above-referenced case, which is currently scheduled for May 25, 2021 at 11:00 a.m.. The Government requests that the Court set a control date for one month out, at which point the Government will submit a status letter.

The defendant pleaded guilty on February 22, 2017, pursuant to a cooperation agreement with the Government. The defendant subsequently testified in a criminal trial—*United States v. Michael Mendlowitz*, 17 Cr. 248 (VSB)—that concluded on May 23, 2019. A *Fatico* hearing in that matter was held on May 14, 2021 before Judge Broderick, however a sentencing date has not yet been set. The Government expects that the sentencing date in that matter will be set in the next month. The Government respectfully requests that the defendant's sentencing date be adjourned for one month, at which point the Government will submit a letter advising the Court of the status of the Mendlowitz case. The defendant consents to the Government's request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By: *Dina McLeod*
Dina McLeod/David Abramowicz/Jilan Kamal
Assistant United States Attorneys
(212) 637-1040 / -6525 / -2192

cc: Saul Bienenfeld, Esq. (by ECF)