**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,      :

     :

-against-      :

     :

MENDY GREENBLATT,      :

             Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

17 Cr. 122 (GBD)

GEORGE B. DANIELS, United States District Judge:

The sentencing currently scheduled for June 29, 2021 at 10:00 a.m. is hereby cancelled.

Dated: New York, New York
        June 28, 2021

SO ORDERED.

*George B. Daniel*

GEORGE B. DANIELS
United States District Judge