

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 6, 2021

Sentencing in this matter is hereby scheduled for December 3, 2021 at 10:00 a.m. The parties are directed to meet and confer as to whether the sentencing will be held in person or video conference, and notify chambers as to their decision by October 22, 2021.

SO ORDERED:

*[signature]* Vernon Broderick
HON. VERNON S. BRODERICK  10/7/2021
UNITED STATES DISTRICT JUDGE

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   United States v. Mendy Greenblatt, 17 Cr. 122 (VSB)

Dear Judge Broderick:

The Government writes to respectfully request that the Court set a sentencing date for the above-referenced defendant.

The defendant pleaded guilty on February 22, 2017, pursuant to a cooperation agreement with the Government. The defendant testified in a criminal trial—*United States v. Michael Mendlowitz*, 17 Cr. 248 (VSB)—that concluded on May 23, 2019. Mendlowitz was sentenced by Your Honor on June 25, 2021.

The parties are available December 1, 3, 6, 7, 8, or 9, 2021, if any of those dates are convenient for the Court.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By:  *[signature]* Dina McLeod
Dina McLeod/David Abramowicz/Jilan Kamal
Assistant United States Attorneys
(212) 637-1040 / -6525 / -2192

cc:   Saul Bienenfeld, Esq. (by ECF)