

March 4, 2022

Judge Vernon S. Broderick
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

VIA ECF

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  04/08/22

      Re:    USA vs. Mendy Greenblatt.
                  1:17-cr-00122-VSB

Dear Judge Broderick:

      This letter submission is to request that the Department of Probation be allowed to return the defendants passport back to him.  His passport is expired, and he would like to renew his passport so that when the time comes that he is allowed to travel internationally he will not have an issue.  Current wait times for renewals are over three months.

      I have spoken with AUSA Dina McLeod who has no objection.  Probation has no objection as well, as long as they have an order from your Honor.

      If granted, kindly so order this letter to allow the Department of Probation to return Mendy Greenblatt's passport back to him for the purpose of him obtaining a new and renewed passport. Thank you for your consideration,

Respectfully Submitted

/s/
Saul Bienenfeld

**BIENENFELD LAW**

Admitted New York and Florida

**New York City:**
450 Seventh Avenue
Suite 1408
New York, NY  10123

**Long Island:**
680 Central Avenue
Suite 108
Cedarhurst, NY  11516

saul@bienefeldlaw.com
212-363-7701
www.bienenfeldlaw.com